John J. Verber, State Bar No. 139917
Claudia Leed, State Bar No. 122676
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666

Attorneys for Defendant
AARON MCFARLANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GIRARD,<br><br>       Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br>OPD OFFICER A. MCFARLANE #8313;<br>OPD OFFICER S. NOWAK #8118;<br>OAKLAND POLICE DEPARTMENT,<br>and DOES 1 to 10,<br><br>       Defendants. | No. CV- 3-5065-MHP<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS FEDERAL PUNITIVE DAMAGE CLAIMS AND TO REMAND** |

     The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

     1.    Plaintiff hereby dismisses with prejudice the second cause of action in his Second Amended Complaint asserting federal civil rights violations actionable pursuant to 42 U.S.C. Section 1983;

     2.    Plaintiff hereby dismisses with prejudice the claims for punitive damages in his Second Amended Complaint against defendants McFarlane and Nowak;

     3.    Upon dismissal of these above described claims, the parties hereby request that this Court remand the action to the jurisdiction of the Alameda Superior Court.

4. Plaintiff will file a Third Amended Complaint in State Court that contains the sole cause of action for Assault and Battery.

DATED February ___, 2004       BURNHAM BROWN


By_____
CLAUDIA LEED
Attorneys for Defendant
AARON MCFARLANE


DATED: February ___, 2004      OAKLAND CITY ATTORNEYS OFFICE


By_____
PELAYO A. LLAMAS
Attorneys for Defendant
STEVEN NOWAK


DATED: February ___, 2004      LAW OFFICES OF VAUGHN E. SPUNAUGLE


By_____
VAUGHN E. SPUNAUGLE
Attorneys for Plaintiff
Robert Girard

**ORDER**

Pursuant to the stipulation of the parties, plaintiff's federal claims (Second Cause of Action) and claim for punitive damages are hereby dismissed with prejudice. This case is remanded to the jurisdiction of Alameda Superior Court.

Dated: February ___, 2004      _____
CHIEF JUDGE MARILYN HALL PATEL

636066